IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                             CASE NO. 1:98-cr-00036-MP

JAMES WILLIAM VANRIPER,

    Defendants.
_____/

**ORDER**

This matter is before the Court on Doc. 127, Sealed Motion to Advance Revocation Hearing, filed by James William Vanriper. The government does not oppose the motion. The motion is granted, and the revocation hearing is hereby reset for January 31, 2007, at 2:30 p.m.

**DONE AND ORDERED** this _22nd_ day of January, 2007

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge